```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
YITZCHOK ("Isaac") SHTEIERMAN,
individually and on behalf of
all others similarly situated,           ORDER

                Plaintiffs,           23 Civ. 5064 (NRB)

        - against -

JP MORGAN CHASE BANK, N.A. and
CHASE AUTO FINANCE, INC.,

                Defendants.

-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on June 22, 2023, plaintiff filed a complaint naming four defendants, Subaru of America, Inc. d/b/a Subaru Motors Finance, Doe Companies 1-10, Chase Auto Finance, and JP Morgan Chase Bank, N.A., ECF No. 11; and

WHEREAS, on August 24, 2023, plaintiff filed an amended complaint removing two of the original defendants, Subaru of America, Inc. d/b/a Subaru Motors Finance and Doe Companies 1-10, from this action, ECF No. 26; and

WHEREAS, on September 22, 2023, plaintiff filed a notice of partial voluntary dismissal as to one of the two remaining defendants, Chase Auto Finance, ECF No. 29; and

WHEREAS, on August 20, 2024, plaintiff and the only remaining defendant, JP Morgan Chase Bank, N.A., filed a stipulation to

dismiss this action with prejudice, ECF No. 36; it is hereby

**ORDERED** that all defendants have been properly dismissed from this case; and it is further

**ORDERED** that the Clerk of Court terminate this case.

Dated:     September 5, 2024
           New York, New York

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE